IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00673-WYD-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT KONCZAK, and
MARCIA KONCZAK,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Defendants' Amended Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) filed May 20, 2014, is **STRICKEN** as it exceeds the page limits stated in Section II.E.1 of my Practice Standards.  Defendants may refile the motion within **seven (7) days** in compliance with the Practice Standards.

      Dated:  May 21, 2014.