IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00673-CBS | Date: July 1, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                              *Counsel:*

USA                                                                     Juan Villasenor
                                                                        Elizabeth Froehlke

Plaintiff,

v.

MARCIA KONCZAK, et al.                                                  Christine Jobin (by telephone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:00 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding First Motion to Dismiss [9] which is made Moot by Amended Motion to Dismiss for Failure to State a Claim [15] and discovery.

Christine Jobin orally withdrawals Amended Motion to Dismiss for Failure to State a Claim [15] and it is accepted by the Court.

Discovery Cut-off is **September 5, 2014.**
Plaintiff's counsel does not intend on filing a Motion for Summary Judgment.
The Parties do not anticipate any experts.

**FINAL PRETRIAL CONFERENCE** is set for September 23, 2014 at 9:00 a.m.
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear**

**arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

## TRIAL:

A one (1) day bench trial is set for November 6, 2014 at 9:00 a.m. before Magistrate Judge Shaffer in Courtroom A402.

Further discussion regarding exchange of exhibits and witnesses.  A formal Scheduling Order will not be entered.

**Court in recess: 11:12 a.m.**

Hearing concluded.
Total time in court:     00:12

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.