IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-0673-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT KONCZAK, and MARCIA KONCZAK

    Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Craig B. Shaffer on August 3, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is hereby entered in favor of Plaintiff United States of America, and against Defendants, Robert Konczak and Marcia Konczak, in the amount of $884,666.09, which includes the principal amount of $599,043.83, interest in the amount of $61,053.17, and fees of the Departments of Treasury and Justice in the amount of $224,569.09.

DATED at Denver, Colorado this __4th__ day of August, 2015

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK

                                      s/ Nancy M. Marble
                                      Nancy M. Marble, Deputy Clerk