IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-0673-CBS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ROBERT KONCZAK, and
MARCIA KONCZAK,
    Defendants,

and

GORMAN AUCTIONS, LLC,
    Garnishee.

## GARNISHEE ORDER

On motion of the parties, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Gorman Auctions, LLC shall pay all proceeds of Konczak's Koncepts, Inc.'s liquidation of personal property to the United States, until the Garnishee no longer has custody, possession, or control of such property.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

    US Attorney's Office
    Attn: Financial Litigation Unit
    1225 17th Street, Suite 700
    Denver, CO 80202

Please include the following information on each check:

    Name of Defendant: Robert & Marcia Konczak
    Court Number: 14-CV-0000673-CBS
    CDCS Number: 2016A05498

DATED at Denver, Colorado, this 13th day of November, 2015.

                                      BY THE COURT:

                                      ___s/ Craig B. Shaffer_____
                                      United States Magistrate Judge

2